JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIONGWU CHENG,<br><br>                Plaintiff,<br><br>     v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>                Defendants. | Case No. 5:23-cv-00518-FLA (SHKx)<br><br>**ORDER DISMISSING ACTION [DKT. 11]** |

      On May 10, 2023, Defendants filed a Joint Stipulation to Stay the Case Pending Adjudication of Application ("Stipulation"), requesting the court stay the action pending the adjudication of Plaintiff's I-589 Application for Asylum and Withholding of Removal ("Application") by the United States Citizenship and Immigration Services ("USCIS"). Dkt. 11. Defendants state the parties have agreed USCIS will interview Plaintiff on November 16, 2023, and Defendants will diligently work towards completing adjudication within 120 days of Plaintiff's interview date, absent unforeseen or exceptional circumstances that would require additional time to complete adjudication. *Id*. at 1–2. On May 12, 2023, the court stayed the action until March 29, 2024. Dkt. 12.

Having read and considered the Stipulation, and finding good cause therefor, the court hereby ORDERS:

1. All deadlines governing this action are VACATED.
2. The court DISMISSES the action without prejudice. The court retains jurisdiction to vacate this Order and to reopen the action on or before March 29, 2024, provided any request by a party to do so shall make a showing of good cause as to why adjudication of Plaintiff's application has not been completed within time allowed, what further proceedings or actions are necessary, and when the party making such a request reasonably expects the proceedings or actions to be concluded.
3. This Order does not preclude the filing of a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41, which does not require approval of the court. Such stipulation shall be filed within the time allowed, or by such later date ordered by the court pursuant to a stipulation by the parties that conforms to the requirements of a showing of good cause stated above.

IT IS SO ORDERED.

Dated: July 27, 2023

FERNANDO L. AENLLE-ROCHA
United States District Judge